# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| WILLIE PATTERSON, : | |
| : | |
| Plaintiff : | |
| : | 7:05-CV-5 (HL) |
| vs. : | |
| : | |
| ASHLEY PAULK, : | |
| SHIRLEY LEWIS, LOUIS WHITE, : | |
| LOWNDES COUNTY JAIL STAFF AND : | |
| PERSONNEL, SECURE CARE MEDICAL : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| STAFF, : | **BEFORE THE U.S. MAGISTRATE JUDGE** |
| : | |
| Defendants : | |

## O R D E R

*Pro se* prisoner plaintiff **WILLIE PATTERSON,** filed the above-styled complaint pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed without pre-payment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). As it appears plaintiff is unable to pay the cost of commencing this action, his application to proceed *in forma pauperis* is hereby **GRANTED**. Based on plaintiff's submissions, the Court waives payment of an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(4). However, even if a prisoner is allowed to proceed *in forma pauperis*, he must nevertheless pay the full amount of the filing fee. 28 U.S.C. § 1915(b)(1).

Hereafter, plaintiff will be required to make monthly payments of twenty (20%) percent of the deposits made to his prisoner account during the preceding month towards the full filing fee. The agency having custody of plaintiff shall forward said payments from plaintiff's account to the Clerk of this Court each time the amount in the account exceeds $10 until the filing fee is paid. 28 U.S.C. § 1915(b)(2).

1

Upon initial review of the complaint, the Court finds that additional information about plaintiff's contentions is needed before a proper evaluation of his claims and allegations can be made. Accordingly, plaintiff is instructed to supplement his complaint by describing the specific actions and/or omissions taken by each named defendant. Plaintiff should describe how each of the defendants is responsible for the alleged violation of his constitutional rights with respect to the allegation of denial of medical care. Further, plaintiff should name the individuals from whom he requested medical assistance, and the results of his requests.

Plaintiff is hereby given thirty (30) days from receipt of this order to submit a supplemental complaint. If plaintiff fails to respond to this order in a timely manner, this action shall be dismissed. There shall be no service of process until further order of the court.

**SO ORDERED**, this 7th day of October, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

mh