IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WILLIE PATTERSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | 7:05-cv-5 (HL) |
| vs. | : | |
| | : | |
| ASHLEY PAULK, *et al.*, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| | : | <u>**BEFORE THE U.S. MAGISTRATE JUDGE**</u>: |
| Defendants | : | |

**RECOMMENDATION**

*Pro se* prisoner plaintiff **WILLIE PATTERSON,** presently confined at the Lowndes County Jail ("Jail") in Valdosta, Georgia filed the above-styled complaint pursuant to 42 U.S.C. § 1983 (2000) essentially alleging defendants acted with deliberate indifference to his serious medical needs in violation of the Eighth Amendment proscription against cruel and unusual punishment. <u>Estelle v. Gamble</u>, 429 U.S. 97, 104 (1976)(Establishing deliberate indifference to a prisoner's serious medical needs violates the eighth amendment because the denial is tantamount to "unnecessary and wanton infliction of pain."). Plaintiff sought and was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2000).

This Court possesses the authority to take judicial notice of its own documents. <u>United States v. Rey</u>, 811 F.2d 1453, 1457 n.5 (11th Cir. 1987)("A court may take judicial notice of its own records and the records of inferior courts."). Accordingly, a review of such records reveals that plaintiff, prior to filing the instant action, filed civil action number 7:05-cv-4(HL) in which, he sets forth the same allegations as contained in the instant action.

The office of the Clerk of Court, unaware that the two complaints were essentially identical, randomly assigned a case number to each lawsuit – civil action number 7:05-cv-4(HL) and civil action number 7:05-cv-5(HL). Because the two complaints are identical, the Court finds that there is no need for the latter complaint to proceed independently. Accordingly, the Court hereby **RECOMMENDS** that civil action number 7:05-cv-5 (HL) be **DISMISSED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 1ST day of February, 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

mh