# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE PATTERSON,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 7:05-cv-5  (HL) |
| v. : | |
| : | |
| **ASHLEY PAULK, individually and** : | |
| **in his capacity as Sheriff,** : | |
| **LOWNDES COUNTY JAIL STAFF** : | |
| **and PERSONNEL,** : | |
| **SECURED HEALTH CARE** : | |
| **SERVICES and STAFF, SHIRLEY** : | |
| **LEWIS and LOUISE WHITE**, : | |
| : | |
| Defendants. : | |

_____

## **ORDER**

This matter is before the Court on the Recommendation (Doc. 14) of United States Magistrate Judge Richard L. Hodge.  Judge Hodge recommends that Defendants Sheriff Ashley Paulk and Secured Health Care Services be dismissed due to Plaintiff's failure to allege conduct by them sufficient to give rise to a constitutional deprivation.  Judge Hodge further recommends that the unnamed Defendants identified only as Lowndes County Jail Staff and Personnel and Secured Health Care Services Staff be dismissed because those terms are too vague and ambiguous to sufficiently identify proper Defendants.

After receiving several extensions of time, Plaintiff, Willie Patterson, has filed Objections to the Recommendation (Doc. 27).  In addition, Plaintiff has filed an "Amended Statement of Claim," which has been docketed as a part of his Objections.  After reviewing the Objections and

the Amended Statement of Claim, the Court finds that they fail to persuade the Court that Judge Hodge's Recommendation was erroneous.  Nothing in either document persuades the Court that Plaintiff's allegations are sufficient to show any liability other than respondeat superior liability as to Sheriff Paulk or Secured Health Care Services.  Moreover, nothing in either document suggests that the Lowndes County Jail Staff and Personnel and Secured Health Care Services Staff are proper parties to this action.  Therefore, the Court accepts the Recommendation of the Magistrate Judge that these Defendants should be dismissed.

However, in the Recommendation the Magistrate Judge advised Plaintiff that he could amend his complaint to identify the specific jail and medical staff he believes should be held responsible for his injuries.  It appears that Plaintiff 's Amended Statement of Claim is an attempt to identify those personnel that he believes denied him proper medical care and treatment and to amend the complaint accordingly.  Therefore, the Court hereby recommits this matter to the Magistrate Judge for such action as he deems appropriate on the Amended Statement of Claim.

In sum, the Recommendation is accepted and Sheriff Ashley Paulk, Secured Health Care Services, Lowndes County Jail Staff and Personnel and Secured Health Care Services Staff are dismissed.  This matter is recommitted to the Magistrate Judge for such action as he deems appropriate on the Amended Statement of Claim.

**SO ORDERED**, this the 29th day of November, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

mls