**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **WILLIE PATTERSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO.  7:05-CV-5 (HL)** |
| | : | |
| | : | |
| **SHIRLEY LEWIS, et al,** | : | |
| **Defendants** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 56) filed February 27, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection was filed to the Magistrate Judge's Recommendation by the plaintiff within the time allowed.

**SO ORDERED,** this the 31st day of March, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**